# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| WILLIAM T. HENDRICKSON & PATRICIA HENDRICKSON, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 15-1406 |
| v. | ) ) | Filed May 8, 2017 |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

On May 8, 2017, the parties notified the Court that this matter should be dismissed in light of the Court's ruling on the parties' cross-motions for partial summary judgment (docket entry no. 41). And so, in view of the foregoing, the Clerk's Office is directed to **ENTER** final judgment in favor of the government and to **DISMISS** the complaint.

No costs.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
Judge